UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GLADECELLE DUCHEINE,

                             Plaintiff,

                    -against-

NYU LANGONE HOSPITALS et al.,

                            Defendants.
-------------------------------------------------------------- X

21-CV-10258 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 2, 2021.  (Doc. 1).  Plaintiff filed an affidavit of service indicating that Defendants were served on December 8, 2021.  (Doc. 5.)  This rendered Defendants' answer due by December 29, 2021.  (*Id.*)  On December 16, 2021, an attorney representing Defendants filed a notice of appearance, (Doc. 6.), and on December 17, 2021, Defendants sought an extension of their time to respond to the complaint through January 26, 2022, (Doc. 7).  I granted this request on December 20, 2021.  (Doc. 8.)

      Defendants have not responded to the complaint, and Plaintiff has taken no further action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 25, 2022.  If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 7, 2022  
           New York, New York

_____  
VERNON S. BRODERICK  
United States District Judge