```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GLADCELLE DUCHEINE,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :        21-cv-10258 (VSB)
              -against-                                     :
                                                            :              ORDER
NYU LANGONE HOSPITALS;                                      :
KATHERINE HOCHMAN, individually;                            :
and SABRINA FRANDSEN individually,                          :
                                                            :
                              Defendants.                   X
------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 2, 2021.  (Doc. 1.)  On June 23, 2022, I stayed the case for 60 days for Plaintiff to locate replacement counsel.  (Doc. 21.)  I directed the parties to submit a joint status report at the end of 60 days along with a proposed amended case management plan.  (*Id.*)  On August 24, 2022, Defendants filed a letter stating that they have not received notice that Plaintiff obtained replacement counsel and have not received a response from Plaintiff's former counsel as to the status of replacement counsel.  (Doc. 22.)  To date, Plaintiff has not provided an update to the Court.

      Furthermore, on August 25, 2022, Plaintiff's former counsel, Daniel Kirschbaum, called my Chambers regarding Defendant's letter filed on August 24, 2022.  (Doc. 22.)  Mr. Kirschbaum indicated that while he is no longer representing Plaintiff, he is able to get in contact with her.  Accordingly, it is hereby

      ORDERED that Plaintiff file a letter updating the Court on whether she has received replacement counsel by September 2, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute

pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that Plaintiff update her contact information on the docket, either by proceeding pro se and providing her address to the Pro Se Office by September 2, 2022, or through her new counsel by filing a notice of appearance.

IT IS FURTHER ORDERED that Mr. Kirschbaum ensure that Plaintiff receive a copy of this Order and the June 23, 2022 Order. (Doc. 21).

SO ORDERED.

Dated: August 25, 2022
New York, New York

Vernon S. Broderick
United States District Judge