```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GLADCELLE DUCHEINE,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :           21-CV-10258 (VSB)
                -against-                                   :
                                                            :                ORDER
                                                            :
NYU LANGONE HOSPITALS;                                      :
KATHERINE HOCHMAN, individually;                            :
and SABRINA FRANDSEN individually,                          :
                                                            :
                              Defendants.  X
------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 2, 2021.  (Doc. 1.)  On June 23, 2022, I stayed the case for 60 days for Plaintiff to locate replacement counsel, and I directed the parties to submit a joint status report at the end of 60 days along with a proposed amended case management plan. (*Id.*)  On August 24, 2022, Defendants filed a letter stating that they had not received notice that Plaintiff obtained replacement counsel and had not received a response from Plaintiff's former counsel as to the status of replacement counsel.  (Doc. 22.)  Accordingly, I ordered Plaintiff to file a letter updating the Court as to whether she obtained replacement counsel by September 2, 2022, warning that failure to do so may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).  (Doc. 23.)  In addition, I ordered Plaintiff's former counsel, Daniel Kirschbaum, to ensure that Plaintiff received a copy of both the June 23, 2022 Order, (Doc. 21), and August 25, 2022 order.  (Doc. 23.)  On September 3, 2022, Mr. Kirschbaum filed a letter on the docket indicating that he emailed her the Orders, and exchanged text messages with Plaintiff but was not able to confirm whether she has obtained replacement counsel.  (Doc. 24.)

      As Plaintiff has not responded to the August 25, 2022 Order, it is hereby

ORDERED that the instant action is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 6, 2022
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge